# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Gianetti v. New England Life Ins. Co.     Docket No.: 14-4507

Lead Counsel of Record (name/firm) or Pro se Party (name): Aubrey E. Blatchley

Appearance for (party/designation): Appellee, New England Life Ins. Co.

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✔] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [✔] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party     Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✔] Correct
- [ ] Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____ Fax: _____
Email: _____

## RELATED CASES

- [✔] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✔] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 8/8/2013 OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Aubrey E. Blatchley
Type or Print Name: Aubrey E. Blatchley
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.