NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Gianetti v. New England Life Ins. Co.     Docket No.: 14-4507

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: John A. Houlihan

Firm: Locke Lord LLP

Address: 111 Huntington Avenue, Boston, MA 02199

Telephone: 617-951-2255     Fax: 888-325-9113

E-mail: john.houlihan@lockelord.com

Appearance for: New England Life Ins. Co.
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[✔] Additional counsel (co-counsel with: Aubrey Blatchley / Locke Lord LLP )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on January 5, 2015    OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ John A. Houlihan

Type or Print Name: John A. Houlihan