# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of April, two thousand and fifteen.

Before:     Ralph K. Winter,
                    *Circuit Judge.*

_____

Charles D. Gianetti,
    Plaintiff-Counter-Defendant-Appellant,

    v.

New England Life Insurance Company,
    Defendant-Counter-Claimant-Appellee.

**ORDER**
Docket Nos. 14-4507

_____

Appellant moves for an extension of time, through May 8, 2015, to file an opening brief.

IT IS HEREBY ORDERED that the motion is GRANTED in part and DENIED in part. Counsel would be well advised in the future to cease ignoring the scheduling orders of this Court. However, a brief extension until April 20, 2015 is granted. The appeal is dismissed effective April 20, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court